IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO: 3:06-CV-525-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| $35,801.00 IN UNITED STATES, ) | |
| CURRENCY ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* with respect to the status of this case. There has been no activity in this case since March 2007. Accordingly, the Court directs the government to file a written report indicating the status of the case.

**IT IS, THEREFORE, ORDERED** that the government file a written report indicating the status of the case, on or before **November 16, 2007**.

Signed: November 1, 2007

David C. Keesler
United States Magistrate Judge